CHARLES A. ROBERTS, Doing Business under the Name of EDITORS AND PUBLISHERS SERVICE COMPANY, Appellant, v. SALLY HOFFMAN et al., Respond-

ents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin P. J., Townley, Glennon, Untermyer and Dore, JJ.